JEANE HAMILTON (CSBN 157834)
ALBERT B. SAMBAT (CSBN 236472)
DAVID J. WARD (CSBN 239504)
CHRISTINA M. WHEELER (CSBN 203395)
MANISH KUMAR (CSBN 269493)
MICAH L. WYATT (CSBN 267465)
LIDIA MAHER (CSBN 222253)
E. KATE PATCHEN (NYRN 41204634)
ANDREW NICHOLSON-MEADE (CSBN 284070)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
christina.wheeler@usdoj.gov
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WORTHING,<br><br>Defendant. | No.  CR 12-00300 CRB<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

     Please add attorney ANDREW NICHOLSON-MEADE on behalf of the United States of America in the above-noted cases, with an address of:

> **U.S. Department of Justice**
> **Antitrust Division**
> **450 Golden Gate Avenue**
> **Box 36046, Room 10-0101**
> **San Francisco, CA 94102**

DATED: March 31, 2014.       /s/Andrew Nicholson-Meade
                                                   Trial Attorney
                                                   United States Department of Justice
                                                   Antitrust Division