LIDIA MAHER (CSBN 222253)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
KEVIN B. HART (NYRN 3038031)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
kevin.hart@usdoj.gov
Telephone: (415) 934-5300

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 12-00300 CRB |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| MATTHEW WORTHING, | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in the above-captioned action on behalf of the Antitrust Division of the U.S. Department of Justice.

DATED:  November 7, 2016                    Respectfully submitted,


                                             _____/s/_____
                                             KEVIN B. HART
                                             Trial Attorney
                                             Antitrust Division
                                             U.S. Department of Justice