THOMAS GREENE (CSBN 57159)
ANDREW J. MAST (CSBN 284070)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Andrew.Mast@usdoj.gov
Telephone: (415) 934-5300

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WORTHING,<br><br>Defendant. | No. CR 12-00300 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO WITHDRAW HIS PLEA** |

On January 17, 2018, the defendant filed Mr. Worthing's Motion to Withdraw His Plea, Pursuant to Fed. R. Crim. P. (11)(d)(2)(B). Dkt. 61. The parties had previously agreed to a briefing schedule in which defendant's motion to withdraw his plea would be filed on December 27 and the government's response would be filed on January 17. However, the defendant advised the government that because of the length and complexity of defendant's brief, the defendant was not able to adhere to that schedule. In turn, the United States requires additional time to respond to defendant's arguments  Accordingly, the parties stipulate to the following briefing schedule:

February 7, 2018:              Deadline for the government's response

February 21, 2018:            Deadline for defendant's reply

March 2, 2018 at 11:00 a.m.:  Motion hearing on defendant's motion to withdraw from his plea

1    Counsel for the government contacted the Courtroom deputy and learned that March 2, 2018 at

2    11:00 a.m. is available for a hearing on defendant's motion.  The parties request that the hearing

3    scheduled for January 31, 2018 remain on calendar as a status hearing at which Mr. Worthing intends

4    over government objection to move to continue the sentencing hearing and address, if necessary,

5    discovery issues.

6

7    IT IS SO STIPULATED:

8

9    DATED: January 19, 2018                    _____/s/_____

10                                              ANDREW J. MAST
                                                U.S. Department of Justice
11                                              Antitrust Division

12

13   DATED: January 19, 2018                    _____/s/_____
                                                DAVID J. COHEN
14                                              Counsel for Mr. Worthing

15

16   IT IS SO ORDERED.

17

18   DATED: _____                       _____

19                                              CHARLES R. BREYER
                                                United States Chief District Judge

20

21

22

23

24

25

26

27

28

No. CR 12-00300 CRB                    2
STIPULATION AND [PROPOSED] ORDER