DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 30676
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Matthew Worthing**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATTHEW WORTHING, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No. 3:12-cr-00300-CRB<br><br>[PROPOSED] **ORDER TO GRANT LEAVE TO FILE REPLY TO RESPONSE TO MR. WORTHING'S MOTION TO COMPEL DISCOVERY** |

**ORDER**

After reviewing the Administrative Motion Seeking Leave to File Reply to Response to Mr. Worthing's Motion to Compel Discovery, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Mr. Worthing's reply (doc. no. 77) is deemed filed and will be considered in conjunction with this Motion to Compel Discovery (doc. no. 74).

**IT IS SO ORDERED.**

Dated: February 8, 2018

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE

---