IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WORTHING,<br><br>　　　　Defendant. | Case No. 12-cr-00300-CRB-1<br><br>**ORDER DENYING [108] MOT. TO COMPEL AND [109] [110] MOTS. TO DISMISS** |

**1.** The Court construes Defendant's motions to dismiss (dkts. 109, 110) as a request for reconsideration of the earlier denial of Defendant's motion to withdraw his plea (dkt. 110). For the reasons stated in that order, the request is **DENIED**.

**2.** Defendant's motion to compel discovery from the probation department is **DENIED**. The materials he requests are not discoverable under Local Rule 32-3 because the government did not turn them over to probation in connection with Defendant's case. See Gov't Opp. to First Mot. to Compel (dkt. 75) at 4. The materials are not discoverable under Brady because they fail to meet the standard of materiality under Brady, as described in the Court's earlier order. See Order Denying First Mot. to Compel (dkt. 101) at 2 ("[Defendant's] goal in seeking discovery is apparently to conduct an analysis of all 24 defendants in this case and challenge the factual basis for a determination of the relative culpability of any or all of those 24 defendants.").

**IT IS SO ORDERED.**

Dated: April 13, 2018



CHARLES R. BREYER
United States District Judge