1  ANDREW MAST (CSBN 284070)
   GABRIEL MARTINEZ (CSBN 275142)
2  MICHAEL RABKIN (ILRN 6293597)
   ALBERT SAMBAT (CSBN 236472)
3  U.S. Department of Justice
   Antitrust Division
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA 94102
   Telephone: (415) 934-5300
6  Andrew.Mast@usdoj.gov
7
8  Attorneys for United States of America

9
                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          CASE NO. CR 3:12-00300 CRB

14                 v.                  **NOTICE OF ATTORNEY SUBSTITUTIONS
                                       FOR THE UNITED STATES**
15  MATTHEW WORTHING,

16                    Defendant.

17

18  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

19          PLEASE TAKE NOTICE that JEANE HAMILTON, MICAH LANIELLE RUBBO, LIDIA

20  MAHER, and KEVIN HART are no longer associated with this case and hereby withdraw as counsel for

21  the United States in this matter. Please add attorneys E. KATE PATCHEN, GABRIEL RAMON

22  MARTINEZ and MICHAEL A. RABKIN on behalf of the United States of America in the above-noted

23  case, with an address of:

24          **U.S. Department of Justice**
            **Antitrust Division**
25          **450 Golden Gate Avenue**
            **Box 36046, Room 10-0101**
26          **San Francisco, CA 94102**

27  //

28  //

No. CR 3:12-00300 CRB
NOTICE OF ATTORNEY SUBSTITUTIONS  1

1        The government will also continue to be represented by Manish Kumar, Albert Bilog Sambat,

2    and Andrew Jon Mast of the Antitrust Division of the United States Department of Justice.

3

4    DATED: April 19, 2018                                    */s/ Andrew Mast*
                                                             Andrew Mast
5                                                            Trial Attorney
                                                             U.S. Department of Justice
6                                                            Antitrust Division

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28