JAY RORTY (SBN 135097)
835 Cedar St.
Santa Cruz, CA 95060
Tel. (831) 246-1546
Email: jayrorty@gmail.com

Attorney for
JOHN L. WILLIAMS



IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WORTHING,<br><br>Defendants. | Case No.: 3:12-cr-00300-CRB<br>**JOHN L. WILLIAMS' RESPONSE TO MATTHEW WORTHING'S MOTION TO COMPEL DISCLOSURE**<br><br>DATE: April 26, 2018<br>TIME: 1:30<br>CTRM.: 6 |

TO: DAVID COHEN, Counsel for Defendant Matthew Worthing and to ASSISTANT UNITED STATES ATTORNEY ANDREW MAST:

   PLEASE TAKE NOTICE that John L. Williams hereby submits this Response to Matthew Worthing's Motion to Compel Disclosure. This Response constitutes this pleading and the Declaration of John L. Williams, filed concurrently with this pleading.

   As described in the attached Declaration, while representing Matthew Worthing Mr. Williams received material from co-defense counsel pursuant to a verbal Joint Defense Agreement in the above-entitled matter. The terms of the Joint Defense Agreement require Mr. Williams to return the material to co-defense counsel upon request. Co-defense counsel have invoked their rights under the Joint Defense Agreement and made a request for the return of materials on the basis that the unity of interest giving rise to the Agreement has ended. Subsequent to the request for the return of materials, Mr. Williams received a request for the

RESPONSE TO MTN TO COMPEL DISCLOSURE                                    1

same materials from David Cohen, successor counsel to Mr. Worthing, asserting that provision of the materials to Mr. Cohen was required by the duty of loyalty to Mr. Williams' former client.

    Mr. Williams takes no position on the Motion to Compel, and understands that the requirements to comply with his obligations under the Joint Defense Agreement and to provide successor counsel with a complete file are in tension. Mr. Williams and undersigned counsel have found no legal authority that speaks directly to this issue of apparent first impression. Therefore, Mr. Williams seeks guidance from the Court as to whom the material should be provided. Undersigned counsel will appear on April 26, 2018 at the noticed time for hearing on the Motion to Compel with the material on a hard drive and be prepared to follow the court's direction as to the disposition of the materials.

Dated: April 18, 2018          Respectfully submitted,

                                                 /s/

                                           Jay Rorty
                                           Attorney for John L. Williams

JAY RORTY (SBN 135097)
835 Cedar St.
Santa Cruz, CA 95060
Tel. (831) 246-1546
Email: jayrorty@gmail.com

Attorney for
JOHN L. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>MATTHEW WORTHING.<br><br>Defendant. | Case No.: 3:12-cr-00300-CRB<br>**DECLARATION OF JOHN L. WILLIAMS.**<br><br>DATE:<br>TIME:<br>CTRM.: |
|---|---|

I, JOHN L. WILLIAMS, declare:

1. I am an attorney and I represented Matthew Worthing beginning on Jan 12, 2011.

2. On February 6, 2017 I met with counsel for a co-defendant in this matter.

3. At this meeting we entered into an oral Joint Defense Agreement (JDA). Pursuant to that JDA and a Protective Order, certain discovery previously provided to co-defense counsel by the Government was provided to me. The terms of the JDA included co-defense counsel's right to rescind and request return or destruction of two types of materials: discovery provided to co-defense counsel by the government and co-defense counsel's work product.

4. Mr. David Cohen was substituted as counsel on October 5, 2017. I provided those materials in my file relevant to Mr. Worthing's defense to his new counsel. My production to Mr. Cohen included, among other things, my work product based on the Discovery received from co-defense counsel. That work product consists of summaries of the discovery provided by

co-defense and transcripts I prepared of certain recordings. I did not provide to Mr. Cohen the original Discovery received from co-defense counsel nor co-defense counsel

5. s work product.
6. On January 15, 2018 Mr. Cohen requested the original discovery I had received from co-defense pursuant to "...my duty of loyalty..." to Mr. Worthing. Co-defense counsel objected and formally requested I return the discovery pursuant to our Joint Defense Agreement.
7. The parties have resolved the request for work product materials but have been unable to reach an agreement about the discovery provided to me by co-defense counsel.
8. I believe I have competing obligations pursuant to the JDA and obligation to provide materials in my possession that may assist Mr. Cohen in Mr. Worthing's defense. I have retained and segregated the discovery and will provide it at the court's direction.

I, John L. Williams, declare under penalty of perjury that the foregoing and true and correct.

Dated: 4-17-18

Respectfully Submitted,

John L. Williams

2

**PROOF OF SERVICE**

I, Jay Rorty, declare:

I am a citizen of the United States, I am over the age of eighteen years and not a party to the within-entitled action.

That on April 19, 2018, I caused a copy of the within: **JOHN L. WILLIAMS' RESPONSE TO MATTHEW WORTHING'S MOTION TO COMPEL DISCLOSURE and DECLARATION OF JOHN L. WILLIAMS** to be served **via email** addressed on the following:

>Andrew J. Mast
>Assistant United States Attorney
>andrew.mast@usdoj.gov
>
>David J. Cohen, Attorney at Law
>Counsel for Matthew Worthing
>djcohen@bayareacrimlaw.com

I declare under penalty of perjury that the foregoing is true and correct:

Executed April 19, 2018, at Santa Cruz, California.

Dated: April 19, 2018

JAY RORTY

1