IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW WORTHING,<br>Defendant. | Case No. 12-cr-00300-CRB-1<br><br>**ORDER DENYING MOTION TO COMPEL DISCOVERY OF CLIENT FILE** |

Defendant Matthew Worthing moves to compel discovery of his client file from his previous attorney. However, Mr. Worthing cites no applicable federal rule of discovery or other legal mechanism whereby this Court may grant the relief he seeks. Accordingly, the motion is **DENIED**. The hearing scheduled for April 26 is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 25, 2018

CHARLES R. BREYER
United States District Judge