Name: David J. Cohen, Esq.
Address: 300 Montgomery Street, Suite 660
City, State, Zip: San Francisco, CA 94104-1907
Phone: (415) 398-3900
Fax: (415) 398-7500
E-Mail: djcohen@bayareacrimlaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S),

v.

Matthew Worthing

DEFENDANT(S).

CASE NUMBER:

3:12-cr-00300-CRB

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Matthew Worthing_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___June 4, 2018___. Entered on the docket in this action on ___June 4, 2018 (dkt 132)___.

A copy of said judgment or order is attached hereto.

June 15, 2018
Date

/s/David J. Cohen, Esq.
Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).