1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW WORTHING,

Defendant.

Case No. 12-cr-00300-CRB-1

**ORDER DENYING MOTION TO STAY SENTENCE**

The motion for stay pending appeal is denied.  Defendant is not likely to succeed on the merits.  See dkts. 100, 101, 111, 119.

**IT IS SO ORDERED.**

Dated: July 19, 2018



CHARLES R. BREYER
United States District Judge