DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 30676
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Matthew Worthing**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW WORTHING,<br><br>    Defendant. | Case No. 3:12-cr-00300-CRB<br><br>**MR. WORTHING'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING CLARIFICATION OF COURT'S JULY 19, 2018 ORDER (DOC. NO. 152) DENYING MOTION FOR BAIL PENDING APPEAL**<br><br>(No Hearing) |

Matthew Worthing respectfully moves this court for administrative relief under Local Rule 7-11 with regard to clarification of this court's Order dated July 19, 2018 (doc. no. 152), in which this court denied Mr. Worthing's motion for bail pending appeal and stay of sentence (doc. no. 151).

On July 18, 2018, Mr. Worthing moved for two forms of relief: bail pending appeal pursuant to 18 U.S.C. §3143(b)(1) and a stay of his sentence pursuant to Fed. R. Crim. P. 38(b)(1). Doc. no. 151. The following day, the court denied Mr. Worthing's motion in a short order entitled "Order Denying Motion to Stay Sentence." Doc. no. 152. In its order, the court denied "the motion for stay pending appeal" because it determined that Mr. Worthing "is not likely to succeed on the merits." *Ibid*. It made no mention of Mr. Worthing's request for bail.

The court's order refers only to the stay of sentence Mr. Worthing requested, and not the release on bond he requested pursuant to §3143(b)(1). The legal standard it cites of "success on the merits" does not apply to a motion for release pending appeal under §3143(b)(1); rather, that

Mr. Worthing's Motion for Administrative Relief Regarding Clarification of Court's July 19, 2018 Order (Doc. No. 152) Denying Motion for Bail Pending Appeal
*U.S. v. Worthing*;
Case No. 3:12-cr-00300-CRB

1

standard applies only to discretionary stays of fines, probation, or restitution under Fed. R. Crim. P. 38. *Lair v. Bullock*, 697 F.3d 1200, 1203 (9th Cir. 2012) (citing *Nken v. Holder*, 556 U.S. 418 (2009) and *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987)); *United States v. Catlett*, No. 2:13-cr-00208 JAM, 2013 U.S. Dist. LEXIS 178486, at *3 (E.D. Cal. Dec. 18, 2013). In addition, the order fails to iterate an explanation for the denial, rather than a mere conclusion, in violation of Circuit law. *United States v. Wheeler*, 795 F.2d 839, 840-841 (9th Cir. 1986).

Fed. R. App. Proc. 9(b) requires a defendant move for bail in the district court (and be denied that release) before moving in the Court of Appeal. Mr. Worthing requests clarification of the court's order to establish for the record that the court has denied his motion for bail, if indeed it has done so, thereby permitting Mr. Worthing to pursue his motion before the Ninth Circuit.

For the foregoing reasons, Mr. Worthing respectfully requests this court grant administrative relief pursuant to L.R. 7-11 and issue a written clarification of its July 19, 2018 order explaining: (1) whether the court's order is intended to act as a denial of Mr. Worthing's motion for bail, and not merely a stay of sentence, pending appeal; (2) if so, the reasons for its ruling; and (3) whether Mr. Worthing's duly noticed motion (in compliance with L.R. 47-2) remains calendared for any hearing on the court's regularly scheduled criminal calendar on August 1, 2018 at 10:00 a.m.

Dated: July 23, 2018                    Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

By: /s/David J. Cohen
　　DAVID J. COHEN, ESQ.

Attorneys for Defendant **Matthew Worthing**

---

Mr. Worthing's Motion for Administrative Relief Regarding Clarification of Court's July 19, 2018 Order (Doc. No. 152) Denying Motion for Bail Pending Appeal
*U.S. v. Worthing*;
Case No. 3:12-cr-00300-CRB