DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 30676
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Matthew Worthing**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:12-cr-00300-CRB |
| Plaintiff, ) | |
| ) | ~~[PROPOSED]~~ ORDER |
| v. ) | |
| ) | |
| MATTHEW WORTHING, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After reviewing the Administrative Motion for Clarification of Court's July 19, 2018 Order Denying Motion for Bail Pending Appeal, and good cause appearing therefor, it is clarified that:

_____ Mr. Worthing's motion for bail pending appeal is granted for the following reasons:




**OR**


\_\_**X**\_\_ Mr. Worthing's motion for bail pending appeal is denied for the following reasons:
The appeal does not raise a substantial question of law or fact. See 18 U.S.C. § 3143(b)(1); dkts. 100, 101, 111, 119, 152.

---

~~[Proposed]~~ Order
*U.S. v. Worthing*;
Case No. 3:12-cr-00300-CRB

1  **OR**

3  _____    A hearing on Mr. Worthing's motion for bail pending appeal remains on calendar for
4  August 1, 2018 at 10:00 a.m.

6  **IT IS SO ORDERED.**

8  Dated: July 27, 2018

   _____
   THE HONORABLE CHARLES R. BREYER
   SENIOR UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order
*U.S. v. Worthing*;
Case No. 3:12-cr-00300-CRB

2