```
┌─────────────────────────────────────────┐
│         FINE                            │
│      PAID IN FULL                       │
│                                         │
│  Defendant: Matthew Worthing            │
│                    Date: 11/14/18       │
│  Fine $ 45699.00                        │
│                    Interest $ 85.82     │
└─────────────────────────────────────────┘
```

## U.S. Courts
## Case Inquiry Report

m: DCAN312CR000300;  Party Num: N/A;  Payee Code: N/A
rty Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**  DCAN312CR000300    **Case Title**  US V WORTHING

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY20828 | MATTHEW WORTHING | PACCT15024 | SPECIAL PENALTY ASSESSMENT | | 400.00 | 400.00 | 0.00 |
| 001 | PTY20828 | MATTHEW WORTHING | PACCT15024 | VICTIM RESTITUTION | | 9,517.84 | 9,517.84 | 0.00 |
| 001 | PTY20828 | MATTHEW WORTHING | PACCT15024 | FINE-CRIME VICTIMS FUND | | 45,784.82 | 45,784.82 | 0.00 |
| | | | | | | 55,702.66 | 55,702.66 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CAN6719 | CITIMORTGAGE | 2,500.00 | 2,504.69 | 0.00 |
| CAN7012 | OCWEN LOAN SERVICING, LLC | 2,000.00 | 2,003.75 | 0.00 |
| CAN7342 | PROVIDENT FUNDING ASSOC. LP | 2,000.00 | 2,003.75 | 0.00 |
| CAN7752 | WELLS FARGO BANK, N.A. | 3,000.00 | 3,005.65 | 3,005.65 |
| | | 9,500.00 | 9,517.84 | 3,005.65 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | |
| CT 34611135239 | | 07/18/2018 | 07/18/2018 | PR | 400.00 | MATTHEW WORTHING | O | 04 | 504100 |
| DCAN312CR000300-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | |
| CT 34611135239 | | 07/18/2018 | 07/18/2018 | PR | 9,500.00 | MATTHEW WORTHING | O | 06 | 6855XX |
| DCAN312CR000300-001 | 2 | VICTIM RESTITUTION | | | | | | | |
| CT 34611135240 | | 07/18/2018 | 07/18/2018 | PR | 45,699.00 | MATTHEW WORTHING | O | 04 | 504100 |
| DCAN312CR000300-001 | 3 | FINE-CRIME VICTIMS FUND | | | | | | | |
| CT 34611135240 | | 07/18/2018 | 07/18/2018 | PR | ( 17.84) | MATTHEW WORTHING | O | 04 | 504100 |
| DCAN312CR000300-001 | 3 | FINE-CRIME VICTIMS FUND | | | | | | | |
| CT 34611135240 | | 07/18/2018 | 07/18/2018 | PR | 0.00 | MATTHEW WORTHING | O | 06 | 6855XX |
| DCAN312CR000300-001 | 2 | VICTIM RESTITUTION | | | | | | | |
| CT 34611135240 | | 07/18/2018 | 07/18/2018 | IN | 17.84 | MATTHEW WORTHING | O | 06 | 6855XX |
| DCAN312CR000300-001 | | VICTIM RESTITUTION | | | | | | | |
| PJ 19461100585 | | 11/01/2018 | 11/01/2018 | IN | 3.75 | OCWEN LOAN SERVICING, LLC | O | 03 | 6855XX |
| DCAN312CR000300-001 | 2 | VICTIM RESTITUTION | | | 1 | | | | |

# U.S. Courts
## Case Inquiry Report
**Case Num: DCAN312CR000300;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y**

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Account Number | Debt Type Line# | Debt Type | | Payee Line# | | Depository Line# | J/S Account Code | | | |
| PJ 19461100585 | DCAN312CR000300-001 | 11/01/2018 | 11/01/2018 VICTIM RESTITUTION | PR | 1 | 2,000.00 | OCWEN LOAN SERVICING, LLC | | O | 03 | 6855XX |
| PJ 19461100586 | DCAN312CR000300-001 | 11/01/2018 | 11/01/2018 VICTIM RESTITUTION | IN | 2 | 4.69 | CITIMORTGAGE | | O | 03 | 6855XX |
| PJ 19461100586 | DCAN312CR000300-001 | 11/01/2018 | 11/01/2018 VICTIM RESTITUTION | PR | 2 | 2,500.00 | CITIMORTGAGE | | O | 03 | 6855XX |
| PJ 19461100587 | DCAN312CR000300-001 | 11/01/2018 | 11/01/2018 VICTIM RESTITUTION | IN | 3 | 5.65 | WELLS FARGO BANK, N.A. | | O | 03 | 6855XX |
| PJ 19461100587 | DCAN312CR000300-001 | 11/01/2018 | 11/01/2018 VICTIM RESTITUTION | PR | 3 | 3,000.00 | WELLS FARGO BANK, N.A. | | O | 03 | 6855XX |
| PJ 19461100588 | DCAN312CR000300-001 | 11/01/2018 | 11/01/2018 VICTIM RESTITUTION | IN | 4 | 3.75 | PROVIDENT FUNDING ASSOC. LP | | O | 03 | 6855XX |
| PJ 19461100588 | DCAN312CR000300-001 | 11/01/2018 | 11/01/2018 VICTIM RESTITUTION | PR | 4 | 2,000.00 | PROVIDENT FUNDING ASSOC. LP | | O | 03 | 6855XX |
| CT 34611138181 | DCAN312CR000300-001 | 11/14/2018 | 11/14/2018 FINE-CRIME VICTIMS FUND | PR | | 17.84 | MATTHEW WORTHING | | O | 04 | 504100 |
| CT 34611138181 | DCAN312CR000300-001 | 11/14/2018 | 11/14/2018 FINE-CRIME VICTIMS FUND | IN | | 85.82 | MATTHEW WORTHING | | O | 04 | 504100 |
| CM RX880090004 | DCAN312CR000300-001 | 11/16/2018 | 11/16/2018 VICTIM RESTITUTION | PR | 3 | 3,000.00 | WELLS FARGO BANK, N.A. | | O | OP2 | 6855XX |
| CM RX880090005 | DCAN312CR000300-001 | 11/16/2018 | 11/16/2018 VICTIM RESTITUTION | PR | 3 | 5.65 | WELLS FARGO BANK, N.A. | | O | OP2 | 6855XX |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CM | Cash Receipt - CCA Manual |
| CT | Cash Receipt - CCA Automated |
| PJ | Payment Authorization - CCA Automated |